**Order filed April 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00149-CV

_____

**DARREN PAYNE AND GWENDOLYN PAYNE AND ALL OCCUPANTS OF 14010 NORHILL POINTE DR. HOUSTON, TEXAS 77044-5174,** Appellants

**V.**

**WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1 ASSET-BACKED CERTIFICATES SERIES 2006-1,** Appellee

On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1146315

## O R D E R

Darren Payne appealed from the final judgment signed February 3, 2020. No other party to the judgment has filed a notice of appeal.

Darren Payne's brief was due March 20, 2020**.** No brief or motion to extend time has been filed. Unless Darren Payne files a brief with this court on or before **May 13, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.